United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIANA P. FISHER,

           Plaintiff,

    v.

NISSAN NORTH AMERICA, INC.,

           Defendant.

Case No.  4:22-cv-02849-KAW

**ORDER REGARDING NOTICE OF SETTLEMENT; ORDER VACATING CASE DEADLINES**

Re: Dkt. No. 24

On August 31, 2023, the parties filed a joint notice of settlement. (Dkt. No. 24.)  Upon request of the parties, the September 5, 2023 case management conference and all remaining case deadlines are VACATED.

Plaintiff shall file a motion for attorneys' fees on or before October 16, 2023.

IT IS SO ORDERED.

Dated: September 1, 2023

KANDIS A. WESTMORE
United States Magistrate Judge