United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA P. FISHER,<br>　　　　　Plaintiff,<br>　　v.<br>NISSAN NORTH AMERICA, INC.,<br>　　　　　Defendant. | Case No. 4:22-cv-02849-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. Nos. 24, 25 |

On August 31, 2023, the parties filed a joint notice of settlement. (Dkt. No. 24.) At the request of the parties, the undersigned vacated all remaining case deadlines and ordered Plaintiff to file a motion for attorneys' fees by October 16, 2023. (Dkt. No. 25.) Plaintiff did not do so.

Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: October 17, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge