UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA P. FISHER,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 4:22-cv-02849-KAW<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. Nos. 24, 25, 26 |

On August 31, 2023, the parties filed a joint notice of settlement. (Dkt. No. 24.) At the request of the parties, the undersigned vacated all remaining case deadlines and ordered Plaintiff to file a motion for attorneys' fees by October 16, 2023. (Dkt. No. 25.)

Plaintiff did not timely file a motion for attorneys' fees. On October 17, 2023, the Court ordered Plaintiff to file a dismissal within 60 days of the order, absent any extension ordered by the Court, such that the last day to file the dismissal was December 18, 2023. (Dkt. No. 26.) No dismissal was filed, and Plaintiff did not seek an extension of time to do so.

Accordingly, Plaintiff is ordered to show cause by February 12, 2024 why this case should not be dismissed with prejudice. Alternatively, Plaintiff may file a dismissal with prejudice. The failure to timely respond to this order to show cause will result in this case being dismissed with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: February 6, 2024

KANDIS A. WESTMORE
United States Magistrate Judge